UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN DOE,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Count One: False Representation of Social Security Number<br>(42 U.S.C. § 408(a)(7)(B))<br><br>Count Two: Theft of Government Funds<br>(18 U.S.C. § 641)<br><br>Count Three: Aggravated Identity Theft<br>(18 U.S.C. § 1028A(a)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461) |

## INDICTMENT

### COUNT ONE
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges:

On or about May 25, 2018, in Worcester, in the District of Massachusetts, and elsewhere, the defendant,

JOHN DOE,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on an application for a driver's license submitted to the Massachusetts Registry of Motor Vehicles, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT TWO
Theft of Government Money
(18 U.S.C. § 641)

The Grand Jury further charges:

On or about April 4, 2016, in Oxford, in the District of Massachusetts, and elsewhere, the defendant,

JOHN DOE,

did knowingly and willfully embezzle, steal, purloin, and convert to his use and the use of another, any money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, a federal income tax refund having a value of approximately $4,041.

All in violation of Title 18, United States Code, Section 641.

## COUNT THREE
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about May 25, 2018, in Worcester, in the District of Massachusetts, and elsewhere, the defendant,

## JOHN DOE,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, false representation of a social security number, as charged in Count One.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count Two, the defendant,

JOHN DOE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON


_____
JOHN T. MULCAHY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST ___20___, 2020
Returned into the District Court by the Grand Jurors and filed.

_____  8/20/20 5:05pm
DEPUTY CLERK